Nathan Gordon, Appellant, v. Henry M. Peters and Edward Gregory, Defendants. Henry M. Peters, Appellee.

Gen. No. 41,474.

opinion filed February 10, 1942. Helman & Silverman and Benjamin A. Sapoznik, for appellant; Benjamin A. Sapoznik, of counsel; John A. Bloomingston, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."